FILED IN THE DISTRICT AND COUNTY COURTS OF EL PASO COUNTY, COLORADO

RB

DEC 19 2025

SHERI KING
CLERK OF COURT

DATE FILED
December 19, 2025 2:36 PM
CASE NUMBER: 2025CV427

Court Case # 25CV427

Sheriff # 25029352

Received Date: 12/09/2025 03:14 PM

Service On: Viola Riggin, Chief Exec.

County

Court Date:

Edward Davidson

VS

Viola Riggin, Chief Exec.

## RETURN OF SERVICE OF SUMMONS/PETITION

I hereby certify that I have served this Summons/Petition:

**Agent Service.** By delivering a copy of such document to each of the following agents authorized by appointment or by law to receive service of process on the dates indicated. Genson Simecka--Clerk, Registered Agent/Officer, 719 SW VanBuren St Ste 100 Topeka KS 66603, December 10th, 2025 09:33 AM

Pursuant to K.S.A. 53-601, as amended, I declare under penalty of perjury that the foregoing is true and correct. Executed on December 10th, 2025.

Wayne Beaman

Wayne H Beaman
Shawnee County Sheriff's Office
320 S. Kansas Ave. Suite 200
Topeka, KS 66603

OFFICE OF SHERIFF SHAWNEE COUNTY KANSAS

Tammy K Walter
NOTARY PUBLIC—STATE OF KANSAS
MY APPT EXP: 8-1-27

Attorney Name:

Attorney Address:

Attorney File Number:

**RETURN TO:**

SHAWNEE COUNTY SHERIFF
BRIAN C. HILL
320 S. Kansas Avenue, Suite 200
Topeka, Kansas 66603-3641

ADDRESS SERVICE REQUESTED

25029352

District Court, El Paso County, Colorado
Clerk of the Court
ATTN: Zac Ilex
270 S Tejon St
Colorado Springs, CO 80903

COUNTY COURTS OF
PASO COUNTY, COLORADO

DEC 19

80903$2224 C032